```
FILED
May 7, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br> ) <br> Plaintiff,       ) <br> v.       ) <br> ) <br> APRYELL DENISE GIPSON,       ) <br> ) <br> Defendant.       ) | Case No. 2:15CR00097-AC-1 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __APRYELL DENISE GIPSON__ , Case No. __2:15CR00097-AC-1__ , Charge __18USC § 13 & CVC14601.2(a)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __  __ Release on Personal Recognizance

     __  __ Bail Posted in the Sum of $_____

         __  __ Unsecured Appearance Bond

         __  __ Appearance Bond with 10% Deposit

         __  __ Appearance Bond with Surety

         __  __ Corporate Surety Bail Bond

         __  __ (Other) __  __

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 7, 2015__ at __2:00 pm__ .

                                               By   /s/ Allison Claire/s/ Allison Claire
                                                       Allison Claire
                                                       United States Magistrate Judge

Copy 2 - Court